ANTHONY CAPOBIANCO (SBN 162551)
DEREK WALLEN (SBN 214477)
**CAPOBIANCO LAW OFFICES, P.C.**
41990 Cook Street, Bldg. F, Suite 2006
Palm Desert, California 92211
Telephone: (760) 568-6500
Facsimile: (760) 568-0100
acapobianco@capobiancolaw.com
dwallen@capobiancolaw.com

Attorneys for Defendant
Robert S. Wolf

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD APPEL,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT S. WOLF,<br><br>           Defendant. | Case No. 18-cv-0814-L-BGS<br><br>[Assigned to the Hon. M. James Lorenz]<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Robert S. Wolf, defendant in the above-named case ("***Wolf***"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying Wolf's special motion to strike the complaint in this action entered on the 19th day of September 2019 [ECF No. 29].

Wolf's Representation Statement, required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), is attached to this notice of appeal.

Date: September 24, 2019     CAPOBIANCO LAW OFFICES, P.C.

By:   /s Derek O. Wallen
      Derek O. Wallen
      Attorney for Defendant Robert S. Wolf
      E-mail: dwallen@capobiancolaw.com

# REPRESENTATION STATEMENT

**1. Counsel for defendant and appellant Robert S. Wolf.**

Anthony Capobianco (SBN 162551)
Derek Wallen (SBN 214477)
Capobianco Law Offices, P.C.
41990 Cook Street, Bldg. F, Suite 2006
Palm Desert, California 92211
Telephone:  (760) 568-6500
Facsimile:   (760) 568-0100
acapobianco@capobiancolaw.com
dwallen@capobiancolaw.com

**2. Counsel for plaintiff and appellee Howard Appel.**

Steven Brower (SBN 93568)
Jennifer A. Needs (SBN 261153)
Brower Law Group, A Professional Corporation
23601 Moulton Parkway, Suite 220
Laguna Hills, CA 92653
Telephone:  (949) 668-0825
Steve@BrowerLawGroup.com
Jennifer@BrowerLawGroup.com