ANTHONY CAPOBIANCO (SBN 162551)
DEREK WALLEN (SBN 214477)
**CAPOBIANCO LAW OFFICES, P.C.**
41990 Cook Street, Bldg. F, Suite 2006
Palm Desert, California 92211
Telephone: (760) 568-6500
Facsimile: (760) 568-0100
acapobianco@capobiancolaw.com
dwallen@capobiancolaw.com

Attorneys for Defendant
Robert S. Wolf

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD APPEL,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT S. WOLF,<br><br>   Defendant. | Case No. 18-cv-0814-L-BGS<br><br>[Assigned to the Hon. M. James Lorenz]<br><br>**NOTICE OF STAY PENDING APPEAL** |

On September 24, 2019, defendant Robert S. Wolf ("**Wolf**") filed a notice of appeal [ECF No. 31] from the Court's September 19, 2019 order [ECF No. 29] denying Wolf's special motion to strike the complaint against him under California's anti-SLAPP statute (Cal. Civ. Proc. Code § 425.16). Notice is hereby given that the filing of Wolf's notice of appeal, which encompasses all claims set forth in plaintiff Howard Appel's complaint against him, stays all proceedings, including discovery, in this District Court action during the pendency of Wolf's appeal, on the following grounds:

1. The order denying Wolf's special motion to strike is immediately appealable pursuant to the collateral order doctrine. *Jordan-Benel v. Universal City Studios, Inc.* (9th Cir. 2017) 859 F.3d 1184, 1188; *DC Comics v. Pacific Pictures Corp.* (9th Cir. 2013) 706 F.3d 1009, 1016.

2. "The filing of a notice of appeal [] confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Rodriguez v. County of Los Angeles* (9th Cir. 2018) 891 F.3d 776, 790 (quoting *Griggs v. Provident Consumer Discount Co.* (1982) 459 U.S. 56, 58).

3. "[A]n appeal of a denial of an anti-SLAPP motion [under California's anti-SLAPP statute] automatically stays further trial court proceedings on causes of action related to the motion." *Youngevity Int'l, Corp. v. Smith* (S.D. Cal., Apr. 9, 2019, No. 16-cv-00704-BTM-JLB) 2019 WL 1542300, at *22; *Makaeff v. Trump University, LLC* (S.D. Cal., Feb. 11, 2011, No. 10-cv-940-IEG-WVG) 2011 WL 613571, at *2.

Date: September 24, 2019          CAPOBIANCO LAW OFFICES, P.C.

                                 By:    /s Derek O. Wallen
                                          Derek O. Wallen
                                          Attorney for Defendant Robert S. Wolf
                                          E-mail: dwallen@capobiancolaw.com