UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD APPEL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT S. WOLF,<br><br>　　　　　　Defendant. | Case No.: 18-CV-814 TWR (BGS)<br><br>**ORDER (1) RESETTING TRIAL FOR SEPTEMBER 18, 2023, AND (2) GRANTING DEFENSE COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT FINAL PRETRIAL CONFERENCE ON AUGUST 17, 2023**<br><br>(ECF No. 123, 131) |

Presently before the Court is the Parties' Joint Status Report, (ECF No. 123), and Defendant's Ex Parte Motion for Leave to Appear Telephonically at Final Pretrial Conference, (ECF No. 131). On July 27, 2023, Defendant Robert S. Wolf filed a Motion to Continue the trial set for September 5, 2023, at 9:00 a.m., and the Pretrial Conference set for August 17, 2023, at 3:00 p.m. (*See* ECF No. 119.) Because the proposed trial and Pretrial Conference dates sought by Defendant conflicted with the schedule of Plaintiff Howard Appel and his counsel, (*see generally* ECF No. 120), the Court denied Defendant's Motion, (*see* ECF No. 122). The Court did, however, identify a set of potentially mutually agreeable dates for the Parties' consideration: September 14, 2023, at 3:00 p.m., for the Final Pretrial Conference and September 18, 2023, at 9:00 a.m., for trial. (*See id.* at 4.)

Accordingly, the Court ordered the Parties to file a Joint Status Report on or before August 4, 2023, informing the Court whether they consent to the proposed dates. (*See id.*) The Court informed the Parties that if they both consented to the aforementioned dates, the Court would reset the Final Pretrial Conference and trial dates accordingly.

In compliance with the Court's Order, the Parties filed a Joint Status Report on August 2, 2023. (*See* ECF No. 123.) The Status Report informs the Court that the Parties mutually consent to a new trial date of September 18, 2023. (*See id.*) Plaintiff, however, does not consent to resetting the Pretrial Conference for September 14, 2023. (*See id.*) Rather, both Parties have agreed to maintain the pre-existing Final Pretrial Conference date of August 17, 2023, at 3:00 p.m., "as long as the Court will allow [defense counsel] to appear remotely." (*See id.* at 1.) In compliance with the undersigned's Standing Order for Civil Cases, Defendant subsequently filed an Ex Parte Motion seeking leave for defense counsel Douglas Pettit to appear telephonically. (*See generally* ECF No. 131.)[1]

In light of the joint preference of the Parties and Defendant's Ex Parte Motion, the Court **RESETS** the trial for September 18, 2023, at 9:00 a.m., in Courtroom 3A and **GRANTS** defense counsel Douglas Pettit's request to appear remotely at the Final Pretrial Conference on August 17, 2023, at 3:00 p.m., in Courtroom 3A. Accordingly, Mr. Pettit may participate in the Final Pretrial Conference telephonically using the following teleconference information:

Dial-in Number: (619) 657-0677

Conference ID: 246 914 151#

In light of the foregoing, the Court **AMENDS** its July 21, 2023 Scheduling Order (ECF No. 118) as follows:

---

[1] Alternatively, Defendant seeks permission for defense counsel Aaron Burden to appear in person at the Final Pretrial Conference and asks that Mr. Pettit be excused. (*See* ECF No. 131 at 2.) Because Mr. Burden has made an appearance in this case, (*see* ECF No. 130), the Court **GRANTS** Defendant's request. If instead Mr. Pettit chooses to appear at the Final Pretrial Conference telephonically, Mr. Burden still may, and indeed is encouraged to, attend in person in the event that Mr. Pettit faces technical difficulties.

| Event | Deadline |
|---|---|
| File all motions *in limine*, including all trial-related *Daubert* motions, in a single, omnibus brief not to exceed twenty-five (25) pages. | **July 20, 2023** |
| 1. File all oppositions to *motions in limine*, including all trial-related *Daubert* motions, in a single, omnibus brief not to exceed twenty-five (25) pages;<br>2. File and lodge in Word format with the E-file Email proposed jury instructions;<br>3. File and lodge in Word format with the E-file Email proposed verdict forms and any objections thereto;<br>4. File proposed *voir dire* questions; and<br>5. File any additional stipulations and agreements. | **August 3, 2023** |
| 1. File objections to proposed jury instructions and<br>2. File objections to deposition designations and/or counter-designations. | **August 10, 2023** |
| Final Pretrial Conference. | **August 17, 2023 at 3:00 p.m. in Courtroom 3A** |
| 1. Provide exhibits to the Court, and<br>2. Exchange demonstrative exhibits. | **September 11, 2023** |
| Jury Trial. | **September 18, 2023 at 9:00 a.m. in Courtroom 3A** |

**IT IS SO ORDERED.**

Dated: August 10, 2023

Honorable Todd W. Robinson
United States District Judge